**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

CASE CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o D.M., <br><br> Plaintiff(s), <br><br> v. <br><br> WELLS FARGO; ABC CORP. (1-10) (Said names being fictitious and unknown entities) <br><br> Defendant(s), | 13-3040 <br> CIVIL ACTION NO.: 2:13-cv-03040 <br><br> CIVIL ACTION <br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE |

It is hereby stipulated and agreed that all claims against Wells Fargo in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May 24, 2013

**SO ORDERED**

*s/Claire C. Cecchi*
_____
Claire C. Cecchi, U.S.D.J.

Date: 5/29/13